**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**JOSE ALFREDO CHAVERA**                                                 **PLAINTIFF**

**VS.**                                                 **CIVIL ACTION NO. 1:08cv256-JMR**

**SHERIFF DAVID ALLISON**                                              **DEFENDANT**
_____

## **FINAL JUDGMENT**

This matter came on to be heard on the Motion for Summary Judgment [30-1] filed by Defendant, Sheriff David Allison, on February 17, 2009. The Court, after a full review and consideration of the record, the parties' submissions, the pleadings on file and the relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED**, that this Civil Action is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED**, this the 21st day of April, 2009.

                                                                         s/ John M. Roper        
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE